IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VISTEX, INC., an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. |
| | ) | |
| SIBREO, LLC, a Texas Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR ENTRY OF
## CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff Vistex, Inc. ("Vistex" or "Plaintiff") and Defendant Sibreo, LLC ("Sibreo" or "Defendant"), by counsel, (collectively, the "Parties") have agreed to resolve the above-captioned litigation (the "Litigation"), and any potential claim by Plaintiff pursuant to the Illinois Trade Secrets Act in connection with the Litigation. Pursuant to that agreement, the Parties have agreed to entry of a Consent Judgment and Permanent Injunction on the terms provided in the attached Exhibit A. The Parties jointly request that the Court enter the Consent Judgment and Permanent Injunction in the form provided.

Respectfully submitted,

| VISTEX, INC. | SIBREO, LLC |
|---|---|
| /s/ John D. Burke | /s/ John M. Heaphy |
| John D. Burke | John M. Heaphy |
| Ice Miller LLP | Harrison & Held, LLP |
| 200 West Madison | 333 West Wacker |
| Suite 3500 | Suite 1700 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| (312) 726-1567 | (312) 753-6160 |
| john.burke@icemiller.com | jheaphy@harrisonheld.com |
| *Counsel for Vistex, Inc.* | *Counsel for Sibreo, LLC* |